No. 94–5603. PIROLLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5615. SERNA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–5619. GRIFFIN *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 94–5623. CASTRO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5652. BROWN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5665. HOOKER, AKA BANKS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 94–5709. CUNNINGHAM *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–5714. SCHWAB *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 94–5720. ENIGWE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–5732. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5738. SANDERS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5745. KELLY *v.* L. L. COOL J ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–5751. McMENNEMY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5777. WEBBER *v.* FRANKLIN COUNTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5779. RAINEY *v.* THIGPEN, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5780. NICHOLS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.